■ In the Matter of 123 EAST 37 ASSOCIATES, Appellant, v EMANUEL P. POPOLIZIO et al., as Members of the Conciliation and Appeals Board of the City of New York, Respondents, and ANNE GAHAN et al., Intervening Respondents. — Order, Supreme Court, New York County (Alfred Ascione, J.), entered on August 1, 1983, unanimously affirmed for the reasons stated by Alfred Ascione, J., at Special Term, without costs and without disbursements. Concur — Murphy, P. J., Sandler, Sullivan, Carro and Kassal, JJ.

■ BEEKMAN ESTATE, Appellant, v EMANUEL P. POPOLIZIO, as Chairman of the New York City Conciliation and Appeals Board, et al., Respondents. — Judgment, Supreme Court, New York County (Edward Greenfield, J.), entered on August 4, 1983, unanimously affirmed for the reasons stated by Edward Greenfield, J., at Special Term, without costs and without disbursements. Concur — Sandler, J. P., Sullivan, Asch, Silverman and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM F. TREUBER, Appellant. — Judgment, Supreme Court, New York County (Robert Haft, J.), rendered on February 28, 1983, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Asch, Silverman, Bloom and Kassal, JJ.